UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUVEN UZUN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF MONICA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-06601 AB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, (Dkt. No. 8), Defendants' Motions to Dismiss (Dkt. Nos. 19, 23, 25), Plaintiff's Oppositions to the Motions to Dismiss (Dkt. Nos. 52, 53, 54), the record, and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 61).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　The Report and Recommendation is accepted, (Dkt. No. 61);

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: July 17, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE